IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TULEYA PILE & FOUNDATION COMPANY, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 01-4391 |
| PRIME PLATE ENTERPRISES, INC. t/a PRIME PLATE INDUSTRIES, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 17th day of October, 2005, upon consideration of Plaintiff's Motion for Contempt and Sanctions for Failure to Comply with this Court's May 10, 2005 Order (Doc. No. 66), and the arguments presented at the hearing conducted today regarding the Motion for Contempt and Sanctions, it is hereby **ORDERED** that the Motion is **GRANTED.** Defendant and Edward Gleason are found to be in civil contempt because Plaintiff has established by clear and convincing evidence that a valid court order existed; that Defendant and Edward Gleason had knowledge of the order; and they disobeyed the order. Loftus v. SEPTA, 8 F.Supp.2d 464, 467 (E.D. Pa. 1998).

**ADDITIONALLY, IT IS ORDERED** that Edward Gleason is directed to appear, in his individual capacity and as the principal officer of Prime Plate Enterprises, Inc. t/a Prime Plate Industries, on Friday, October 21, 2005 in Courtroom 11B at 9:30 a.m. in order for this Court to make a determination regarding the appropriate punishment.

**IT IS FURTHER ORDERED** that Edward Gleason shall bring to the Court on

Friday, October 21, 2005 a complete list of customers for Prime Plate Enterprises, Inc. t/a Prime Plate Industries and shall be prepared to provide information and testify under oath about each and every customer included on the list.

                        BY THE COURT:

                        <u>s/ Robert F. Kelly</u>
                        Robert F. Kelly,    Sr. J.